July 29, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

MICHAEL OKPAMEN AND AMAZING GRACE HEALTHCARE SERVICES, INC., Appellants

NO. 14-14-00422-CV            V.

DANIEL OSUAGWU, CATHERINE OSUAGWU, LARRY EWEKA AND LUCKY HEALTH CARE SERVICES, INC., Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 27, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Michael Okpamen and Amazing Grace Healthcare Services, Inc..

We further order this decision certified below for observance.